```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

**ROBERT SAYRES**                                                    **PLAINTIFF**

           v.            Civil No. 13-3096

**JOHN FELTS, Arkansas Board of
Parole; SHERIFF MIKE MOORE;
JAMIN B. MARTIN, Parole Officer;
and OFFICER ROBERT CUTBORTH**                                        **DEFENDANTS**


### O R D E R

Now on this 23rd day of January 2014, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #21) and plaintiff's objections thereto. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects, and that plaintiff has stated neither law nor fact to refute the Recommendation.

Further, to the extent that several pending motions -- namely documents #3, #4, #7, #14, #16, #17, #18, #20, and #22 -- are not specifically mentioned by the Magistrate Judge, those motions will be denied for the reasons discussed in the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #21) is hereby **adopted** *in toto*, and plaintiff's objections are **overruled**;

**IT IS FURTHER ORDERED** that the motions docketed as documents

#3, #4, #7, #14, #16, #17, #18, #20, and #22 are hereby **denied**;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                          **/s/ Jimm Larry Hendren**
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**