IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT SAYRES                                                                                   PLAINTIFF

        v.                              Civil No. 13-3096

JOHN FELTS, Arkansas Board of
Parole; SHERIFF MIKE MOORE;
JAMIN B. MARTIN, Parole Officer;
and OFFICER ROBERT CUTBORTH                                                  DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Robert Sayres, an inmate of the Boone County Detention Center (BCDC), brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. This case was dismissed on January 23, 2014 (Doc. 26). Plaintiff has filed a notice of appeal (Doc. 29). He now seeks leave to proceed *in forma pauperis* (IFP).

The Prison Litigation Reform Act added subsection 1915(g) to the IFP statute. This subsection limits the ability of a prisoner, who has filed at least three claims that have been dismissed as frivolous, malicious, or for failure to state a claim, to obtain IFP status. Specifically, § 1915(g) provides that:

> In no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action . . . in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). This provision has commonly become known as the "three strikes rule" or the "three strikes provision" and has withstood constitutional challenges. *See e.g., Medberry v. Butler*, 185 F.3d 1189, 1192 (11th Cir. 1999).

The three strikes rule applies to Sayres. He has at least three previous actions that qualify as strikes against him under section 1915(g). *See e.g., Sayres v. Pearson*, Civil No. 05-3049 (W.D. AR-- dismissed as frivolous on 12/1/2005); *Sayres v. First Arkansas Bailbonds, et al.,* Civil No. 4:06-

00407 (E.D. AR–dismissed as frivolous on 4/10/2006); *Sayres v. Hutson, et al.,* Civil No. 05-3063 (W.D. AR--dismissed as frivolous on 5/19/2006).  In addition, Sayres has had at least one case dismissed by virtue of the three strikes rule.  *Sayres v. Hickman, et al.,* Civil No. 06-3043 (case dismissed 9/07/2006).

      Accordingly, I recommend that the motion to proceed IFP on appeal (Doc. 32) be denied.

      **Sayres has fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  Sayres is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

      DATED this 11th day of February 2014.

                                         /s/ *J. Marschewski*
                                      HON. JAMES R. MARSCHEWSKI
                                      CHIEF UNITED STATES MAGISTRATE JUDGE