IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**ROBERT SAYRES**                                                             **PLAINTIFF**

              v.              Civil No. 13-3096

**JOHN FELTS, Arkansas Board of
Parole; SHERIFF MIKE MOORE;
JAMIN B. MARTIN, Parole Officer;
and OFFICER ROBERT CUTBORTH**                          **DEFENDANTS**

### AMENDED AND SUBSTITUTED ORDER

The Order entered on March 4, 2014, is hereby amended to reflect that plaintiff's **Motion to Appeal In Forma Pauperis** (document #32) is denied, as recommended in the Magistrate Judge's Report and Recommendation (document #33).

\* \* \*

Now on this 4th day of March 2014, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #33) and plaintiff's objections thereto. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects, and that plaintiff has stated neither law nor fact to refute the Recommendation.

Also pending is plaintiff's **Motion for Reconsideration** (document #31) and **Motion to Amend Case** (document #36), in which plaintiff restates his previous arguments and seeks to add Ray Hobbs as a defendant. The Court finds that plaintiff has stated neither law nor fact to warrant the relief requested. Accordingly,

those motions will be denied.

    **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #33) is hereby **adopted** *in toto*, and plaintiff's objections are **overruled**;

    **IT IS FURTHER ORDERED** that plaintiff's **Motion to Appeal In Forma Pauperis** (document #32) is hereby **denied**;

    **IT IS FURTHER ORDERED** that plaintiff's **Motion for Reconsideration** (document #31) and **Motion to Amend Case** (document #36) are hereby **denied**;

    **IT IS SO ORDERED** this 6th day of March 2014, *nunc pro tunc* March 4, 2014.

                                                       /s/ Jimm Larry Hendren  
                                                       **JIMM LARRY HENDREN**  
                                                       **UNITED STATES DISTRICT JUDGE**